aw Division Motion Section Initial Case Management Dates for CALENDARS (A,B,C,D,E,F,H,R,X,Z) will be heard In Person.
12-Person Jury
ll other Law Division Initial Case Management Dates will be heard via Zoom
or more information and Zoom Meeting IDs go to https://www.cookcountycourt,org/HOME?Zoom-Links?Agg4906_SelectTab/12
ourt Date: 6/26/2024 9:30 AM

FILED
4/15/2024 12:00 AM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2024L003997
Calendar, R
27248809

Attorney No. 365598

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS COUNTY DEPARTMENT, LAW DIVISION

| | | |
|---|---|---|
| JOHN DJIKAS, | ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO: 2024L003997 |
| KEHINDE AKINRINADE, and LYFT, INC., | ) | |
| Defendants. | ) | |

**COMPLAINT FOR DAMAGES AND JURY DEMAND**

JOHN DJIKAS (hereinafter "John"), by CUSTY LAW FIRM, LLC, and for his Complaint against Defendants, KEHINDE AKINRINADE (hereinafter "Akinrinade") and LYFT, INC. (hereinafter "LYFT") alleges and states the following:

**THE PARTIES**

1. At all times relevant, John is a resident of Hennepin County, Minnesota.

2. At all times relevant, Lyft is a foreign for-profit corporation, incorporated under the laws of the State of Delaware, with its principal place of business located at 185 Berry Street, Suite 400, San Francisco, California, 94107. Lyft is properly served through its registered agent, CT Corporation System, at 3208 SO Lasalle St., Suite 814, Chicago, IL 60604.

3. At all times relevant, Akinrinade is a resident of Cook County, Illinois, and is properly served at 6334 North Claremont Avenue, Apt. B, Chicago, Illinois, 60659.

**BACKGROUND FACTS**

4. Plaintiff incorporates the foregoing allegations as if set forth fully herein.

Exhibit A





5. On May 18, 2022, at approximately 8:25 PM, John was lawfully operating a 2018 Toyota Prius traveling north on South Columbus Drive, Chicago, Illinois, nearing the intersection of Jackson.

6. At the same time and place, Akinrinade, an employee or agent of LYFT acting within the scope of such employment or agency and in the course of his duties as a Lyft driver, was operating a 2021 Mercedes-Benz GLA traveling north on South Columbus Drive, when he negligently collided with the rear end of John's vehicle.

**COUNT I**

***Negligence – Kehinde Akinrinade***

7. Plaintiff incorporates the foregoing allegations as if set forth fully herein.

8. On May 18, 2022, Akinrinade owed John and others a duty to behave reasonably and avoid causing harm to others.

9. On May 18, 2022, contrary to the duty of reasonable care owed, Akinrinade was negligent in one or more of the following ways, *inter alia*:

a. Moved at un unreasonable rate of speed in violation of 625 ILCS § 5/11-601;

b. Failed to move with reasonable safety;

c. Failed to exercise due care and caution given the circumstances and conditions;

d. Failed to observe his surroundings while operating his vehicle;

e. Failed to keep a proper lookout;

f. Failed to maintain control of the vehicle;

g. Failed to apply the brakes or take evasive maneuvers to prevent the collision; and

h. Behaved otherwise differently than a reasonably prudent person would have under the same or similar circumstances.





10. As a direct and proximate result of Akinrinade's negligence, John sustained physical injuries, endured emotional distress, and suffered other permanent and severe personal injuries. He incurred and will continue to incur hospital, diagnostic, surgical, therapeutic, pharmaceutical, and other medical expenses. Additionally, John has experienced and will continue to experience physical pain, mental suffering, loss of enjoyment of life, and permanent impairment. Moreover, he incurred other injuries and damages of a personal and pecuniary nature.

WHEREFORE, Plaintiff JOHN DJIKAS seeks the entry of judgment in his favor and against Defendant KEHINDE AKINRINADE for compensatory damages in an amount to be determined herein, prejudgment interest, for the costs of this action, and for any and all other relief that the Court and Jury may deem proper under the circumstances.

**COUNT II**

***Respondeat Superior – LYFT***

11. Plaintiff reincorporates the foregoing allegations as if set forth fully herein.

12. At all times relevant, Akinrinade was acting within the course and scope of his employment or agency with Defendant Lyft and was furthering the business interests of Lyft.

13. Defendant Lyft is liable under the doctrine of *respondeat superior* and the rules of agency for the tortious acts and omissions of their agents, employees, members, representatives, servants, or contractors pursuant to applicable law. These acts and omissions include but are not limited to, the acts and omissions committed by Defendant Akinrinade on May 18, 2022, which are described above and were committed within the course and scope of his agency or employment with Lyft.

14. As a result of the foregoing breaches of duties, John was physically injured, suffered emotional distress, and sustained other permanent and severe personal injuries; incurred and will incur hospital, diagnostic, therapeutic, pharmaceutical, and other medical expenses; suffered and will suffer physical pain, mental suffering, terror, fright, loss of enjoyment of life, and permanent impairment;

* 5 0 4 1 7 3 6 0 *

lost time or wages and impairment of earning capacity; and incurred other injuries and damages of a personal and pecuniary nature.

15. Alone or in conjunction with the negligence of other defendants Lyft and Akinrinade's negligence proximately caused the injuries to John.

16. Defendant Lyft is liable to John for all damages allowed by law for the injuries, damages, and losses sustained by John as a result of the negligence of Defendant Akinrinade and/or their independent negligence.

WHEREFORE, Plaintiff JOHN DJIKAS seeks the entry of judgment in his favor and against Defendant LYFT, INC. for compensatory damages in an amount to be determined herein, prejudgment interest, for the costs of this action, and for any and all other relief that the Court and Jury may deem proper under the circumstances.

Respectfully submitted,

CUSTY LAW FIRM, LLC

/s/Brian N. Custy
Brian N. Custy (ARDC No. 6292134)

**JURY DEMAND**

Comes now, Plaintiff JOHN DJIKAS, and respectfully demands trial by jury.

Respectfully Submitted,

By: /s/ Brian N. Custy
Brian N. Custy



* 5 0 4 1 7 3 6 0 *

**SCR 222 CERTIFICATION**

Under penalties as provided by law pursuant to 735 ILCS 5/1-109, the undersigned certifies on behalf of Plaintiff that the total damages sought herein exceed $100,000.

Respectfully Submitted,

By: /s/ Brian N. Custy
Brian N. Custy

ARDC No. 6292134
Cook Cty. No. 49823
CUSTY LAW FIRM, LLC
4004 Campbell Street, Suite 4
Valparaiso, IN 46385
(219) 660-0450



**CT Corporation**
**Service of Process Notification**
05/02/2024
CT Log Number 546343543

## Service of Process Transmittal Summary

**TO:** Legal Sop
Lyft, Inc.
185 BERRY ST STE 400
SAN FRANCISCO, CA 94107-1725

**RE:** **Process Served in Illinois**

**FOR:** Lyft, Inc. (Domestic State: DE)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

**TITLE OF ACTION:** Re: JOHN DJIKAS // To: Lyft, Inc.

**DOCUMENT(S) SERVED:** Summons, Complaint and Jury Demand, Certification

**COURT/AGENCY:** Cook County Circuit Court - Law Division, IL
Case # 2024L003997

**NATURE OF ACTION:** Personal Injury - Vehicle Collision - 05/18/2022

**PROCESS SERVED ON:** C T Corporation System, Chicago, IL

**DATE/METHOD OF SERVICE:** By Process Server on 05/02/2024 at 15:27

**JURISDICTION SERVED:** Illinois

**APPEARANCE OR ANSWER DUE:** Within 30 days after service of this summons

**ATTORNEY(S)/SENDER(S):** Brian N. Custy
4004 Campbell St., Suite 4
Valparaiso, IN 46385
219- 286-7361

**ACTION ITEMS:** CT has retained the current log, Retain Date: 05/02/2024, Expected Purge Date: 05/07/2024

Image SOP

Email Notification,

Email Notification,

Email Notification,

Email Notification,

Email Notification,

Email Notification,

Email Notification,

**REGISTERED AGENT CONTACT:** C T Corporation System
208 South LaSalle Street
Suite 814
Chicago, IL 60604

Exhibit B




**CT Corporation**
**Service of Process Notification**
05/02/2024
CT Log Number 546343543

877-564-7529
MajorAccountTeam2@wolterskluwer.com

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.

District 1

# Case Summary

Case No. 2024L003997

JOHN DJIKAS -vs- KEHINDE AKINRINADE,Lyft, I

§ Location: District 1
§ Judicial Officer Calendar, R
§ Filed on: 04/15/2024
§ Cook County Attorney Number: 365598

## Case Information

Case Type: Motor Vehicle - Jury
Case Status 04/15/2024 Pending

## Assignment Information

Current Case Assignment

| | |
|---|---|
| Case Number | 2024L003997 |
| Court | District 1 |
| Date Assigned | 04/15/2024 |
| Judicial Officer | Calendar, R |

## Party Information

| | | Lead Attorneys |
|---|---|---|
| Plaintiff | DJIKAS, JOHN<br>4004 Cammpbell Street<br>Valparaiso, IN 46385<br>DOB: 10/04/1973 | Custy, Brian Nichola<br>Retained<br>219-916-0389(W)<br>101 W84TH DR #A<br>MERRILLVILLE, IN 46410 |
| Defendant | AKINRINADE, KEHINDE<br>6334 North Claremont Avenue<br>Apt. B<br>Chicago, IL 60659<br>DOB: 04/25/1975 | |
| | Lyft, Inc<br>3208 SO Lasalle St.<br>Chicago, IL 60604 | |

## Events and Orders of the Court

06/26/2024 First Time Case Managemer (9:30 AM) (Judicial Officer: Otto, Michael F)
Resource: Location L2208 Court Room 2208
Resource: Location D1 Richard J Daley Center

05/10/2024
Summons Returned - N.S. Reason: Other Reason
Sheriff ID: 50417359, Sheriff Filename:2024L00399750417359.pdf
Date Served 05/07/2024
Party: Defendant AKINRINADE, KEHINDE

05/07/2024
Summons Served - Corporation/Company/Business
Sheriff ID: 50417360, UNKNOWNLITIGANT Sheriff Filename: 2024L00399750417360.pdf
Date Served 05/02/2024

04/15/2024 New CaseFiling

Exhibit C

District 1

Case Summary

Case No. 2024L003997

04/15/2024
Personal Injury (Motor Vehicle) Complaint Filed (Jury Demand)
Complaint JohnDjikas v. Akinrinadeand Lyft, Inc
Party: Plaintiff DJIKAS, JOHN
Party 2: Attorney Custy, Brian Nichola

04/15/2024
Summons Issued And Returnable
Summons - CookCounty - AKINRINADE
Party: Plaintiff DJIKAS, JOHN
Party 2: Attorney Custy, Brian Nichola

04/15/2024
Summons Issued And Returnable
Summons - Cook County- LYFT, INC.
Party: Plaintiff DJIKAS, JOHN
Party 2: Attorney Custy, Brian Nichola

04/15/2024
Notice Of FilingFiled
Civil Cover Sheet & Appearance - Cook County - DJIKAS
Party: Plaintiff DJIKAS, JOHN
Party 2: Attorney Custy, Brian Nichola